**No. 62078.**—W. J. Byrnes & Co. of N. Y., Inc., and The Manves Co. et al. *v.* United States, protests 148993–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskins and lambskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc., et al.* v. *United States* (40 Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.